United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-02781-HWV
Christopher J. Cornett  Chapter 13
Angela M. Cornett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Aug 22, 2022     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5242773 | + Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 22 2022 18:35:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 1 Christopher J. Cornett ngp@mooney4law.com plattnr61895@notify.bestcase.com |

Nicholas G. Platt
    on behalf of Debtor 2 Angela M. Cornett ngp@mooney4law.com plattnr61895@notify.bestcase.com

Rebecca Ann Solarz
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

Regina Cohen
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

Stephen Wade Parker
    on behalf of Debtor 1 Christopher J. Cornett Parker.WadeR106314@notify.bestcase.com

Stephen Wade Parker
    on behalf of Debtor 2 Angela M. Cornett Parker.WadeR106314@notify.bestcase.com

Thomas Song
    on behalf of Creditor Lakeview loan Servicing LLC. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-02781-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Christopher J. Cornett<br>30 Arlene Court<br>Hanover PA 17331 | Angela M. Cornett<br>30 Arlene Court<br>Hanover PA 17331 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/19/2022.

**Name and Address of Alleged Transferor(s):**

Claim No. 28: LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098

**Name and Address of Transferee:**

Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/24/22

Terrence S. Miller
**CLERK OF THE COURT**