UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHRISTOPHER J. CORNETT and ANGELA M. CORNETT<br>　Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| CHRISTOPHER J. CORNETT and ANGELA M. CORNETT<br>　Respondent | : | CASE NO. 1-19-bk-02781 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 1st day of August, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Plan ambiguous – base amount. The paid to date amount listed in the proposed plan is incorrect. Only $136,109.50 has been paid to date, not $141,746.50. Therefore, the paid to date amount and the tier payments do not total the listed base amount.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:　/s/Douglas R. Roeder
　　　Attorney for Trustee

Case 1:19-bk-02781-HWV    Doc 88    Filed 08/01/24    Entered 08/01/24 11:10:08    Desc
Main Document    Page 1 of 2

## CERTIFICATE OF SERVICE

       AND NOW, this 31st day of July, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA 17331

                                           /s/Deborah A. DePalma
                                           Office of Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee