United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christopher J. Cornett  
Angela M. Cornett  
    Debtors

Case No. 19-02781-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Nov 21, 2024      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher J. Cornett, Angela M. Cornett, 30 Arlene Court, Hanover, PA 17331-9360 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5215988 | + | Aes Members 1st Fcu, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5215998 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 5216001 | | PA Department of Revenue, PO Box 281210, Harrisburg, PA 17128-1210 |
| 5216002 | | Phelan Hallinan Daimond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: GMACFS.COM | Nov 21 2024 23:44:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: PRA.COM | Nov 21 2024 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2024 18:46:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | EDI: WFFC2 | Nov 21 2024 23:44:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5249074 | | EDI: GMACFS.COM | Nov 21 2024 23:44:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5215989 | + | EDI: GMACFS.COM | Nov 21 2024 23:44:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 5237489 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2024 18:48:47 | CVI SGP-CO Acquisition Trust, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5215990 | + | EDI: CAPITALONE.COM | Nov 21 2024 23:44:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5221275 | | EDI: CAPITALONE.COM | Nov 21 2024 23:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5226180 | | Email/PDF: bncnotices@becket-lee.com | Nov 21 2024 19:01:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5241719 | + | EDI: CITICORP | Nov 21 2024 23:44:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5215992 | + | EDI: CITICORP | Nov 21 2024 23:44:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5215994 | + | EDI: WFNNB.COM | | |

District/off: 0314-1     User: AutoDocke     Page 2 of 4
Date Rcvd: Nov 21, 2024     Form ID: 3180W     Total Noticed: 54

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 21 2024 23:44:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5215995 | + | EDI: WFNNB.COM | Nov 21 2024 23:44:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5215996 | + | Email/Text: dylan.succa@commercialacceptance.net | Nov 21 2024 18:45:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5215997 | + | EDI: MAXMSAIDV | Nov 21 2024 23:44:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5215999 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 21 2024 18:46:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5216000 | + | EDI: IRS.COM | Nov 21 2024 23:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5242773 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Nov 21 2024 18:45:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 5218006 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2024 18:49:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5655220 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2024 18:45:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 5655221 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2024 18:45:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, C/O Rushmore Servicing 75261-9094 |
| 5247146 | + | Email/Text: unger@members1st.org | Nov 21 2024 18:46:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5240904 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2024 18:46:00 | Midland Funding LLC, Midland Credit Management, Inc., agent for Midland Funding LLC, Po Box 2011, Warren, MI 48090-2011 |
| 5490921 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2024 18:45:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5490922 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2024 18:45:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5242035 | | EDI: MAXMSAIDV | Nov 21 2024 23:44:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5241828 | | EDI: PRA.COM | Nov 21 2024 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5234980 | | EDI: PENNDEPTREV | Nov 21 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5234980 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5216003 | + | EDI: PRA.COM | Nov 21 2024 23:44:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5217697 | | EDI: Q3G.COM | Nov 21 2024 23:44:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5217695 | | EDI: Q3G.COM | Nov 21 2024 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5239159 | | EDI: Q3G.COM | Nov 21 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity |

Case 1:19-bk-02781-HWV    Doc 100    Filed 11/23/24    Entered 11/24/24 00:27:17    Desc
Imaged Certificate of Notice     Page 2 of 7

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5217696 | | EDI: Q3G.COM | Nov 21 2024 23:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5239160 | | EDI: Q3G.COM | Nov 21 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5216005 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2024 18:46:00 | Santander Consumer, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5216006 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2024 18:46:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5220313 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2024 18:46:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5216007 | + | EDI: SYNC | Nov 21 2024 23:44:00 | SyncbWolf Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5216512 | ^ | MEBN | Nov 21 2024 18:42:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5216008 | + | EDI: SYNC | Nov 21 2024 23:44:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 5216009 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 21 2024 18:45:00 | Toyota Financial Services, Attn: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 5230975 | | Email/PDF: bncnotices@becket-lee.com | Nov 21 2024 18:48:49 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5216010 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 21 2024 18:46:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 5238118 | | EDI: AIS.COM | Nov 21 2024 23:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5216011 | + | EDI: VERIZONCOMB.COM | Nov 21 2024 23:44:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 5241824 | + | EDI: WFFC2 | Nov 21 2024 23:44:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5216012 | + | EDI: WFFC2 | Nov 21 2024 23:44:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5215991 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5215993 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5216004 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Andrew L Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 2 Angela M. Cornett ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Christopher J. Cornett ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com |
| Stephen Franks | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Stephen Wade Parker | on behalf of Debtor 1 Christopher J. Cornett wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Angela M. Cornett wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com |
| Thomas Song | on behalf of Creditor Lakeview loan Servicing  LLC. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher J. Cornett<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4561<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Angela M. Cornett<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4943<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-02781-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher J. Cornett           Angela M. Cornett

**By the court:**

11/21/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2