# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Christopher J Cornett
    Angela M Cornett

Case No.: 1-19-02781 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Rushmore |
| Court Claim Number: | 28 |
| Last Four of Loan Number: | 4931 |
| Property Address if applicable: | 30 Arlene Ct |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $26,073.34 |
| b. | Prepetition arrearages paid by the trustee: | $26,073.34 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $26,073.34 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from September 2019 to August 2024 | |
| Current monthly mortgage payment: | $1,429.57 |
| The next post-petition payment was due on: | September 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Christopher J Cornett
     Angela M Cornett

Case No.: 1-19-02781 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Rushmore Loan Management SVC
PO Box 619079
Dallas TX 75261-9079

Christopher J Cornett
Angela M Cornett
30 Arlene Ct
Hanover PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-02781     **CHRISTOPHER J. CORNETT**

**NATIONSTAR MORTGAGE,LLC**
PO BOX 619094

DALLAS, TX   75261-9741

**Acct No:** 4931

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

| | | | | | |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: | $82,348.42 | Interest Paid: | $0.00 |
| Amt Due: | $1,407.19 | Paid: | $82,348.42 | Accrued Int: | $0.00 |
| | | | | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **NATIONSTAR MORTGAGE,LLC** | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/07/2024 | 2039155 | $1,407.19 | $0.00 | $1,407.19 | 08/16/2024 |
| | Payment for 7/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/07/2024 | 2039155 | $1,407.19 | $0.00 | $1,407.19 | 08/16/2024 |
| | Payment for 8/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/18/2024 | 2037463 | $1,407.19 | $0.00 | $1,407.19 | 06/28/2024 |
| | Payment for 6/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/22/2024 | 2036554 | $1,407.19 | $0.00 | $1,407.19 | 06/03/2024 |
| | Payment for 5/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/17/2024 | 2035548 | $1,407.19 | $0.00 | $1,407.19 | 04/25/2024 |
| | Payment for 4/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/14/2024 | 2034584 | $1,407.19 | $0.00 | $1,407.19 | 03/27/2024 |
| | Payment for 3/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/14/2024 | 2033622 | $1,407.19 | $0.00 | $1,407.19 | 02/28/2024 |
| | Payment for 1/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/14/2024 | 2033622 | $1,407.19 | $0.00 | $1,407.19 | 02/28/2024 |
| | Payment for 2/2024 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/19/2023 | 2031798 | $1,407.19 | $0.00 | $1,407.19 | 01/03/2024 |
| | Payment for 11/2023 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/19/2023 | 2031798 | $1,407.19 | $0.00 | $1,407.19 | 01/03/2024 |
| | Payment for 12/2023 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/18/2023 | 2029892 | $1,407.19 | $0.00 | $1,407.19 | 11/01/2023 |
| | Payment for 10/2023 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/19/2023 | 2028905 | $1,384.66 | $0.00 | $1,384.66 | 09/29/2023 |
| | Payment for 9/2023 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/09/2023 | 2027884 | $1,384.66 | $0.00 | $1,384.66 | 08/17/2023 |
| | Payment for 8/2023 | | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/11/2023 | 2026906 | $1,384.66 | $0.00 | $1,384.66 | 07/20/2023 |
| | Payment for 6/2023 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/11/2023 | 2026906 | $1,384.66 | $0.00 | $1,384.66 | 07/20/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/16/2023 | 2025046 | $1,384.66 | $0.00 | $1,384.66 | 05/26/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/18/2023 | 2024029 | $1,384.66 | $0.00 | $1,384.66 | 04/28/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/15/2023 | 2023007 | $1,384.66 | $0.00 | $1,384.66 | 03/24/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/15/2023 | 2023007 | $1,384.66 | $0.00 | $1,384.66 | 03/24/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/18/2023 | 2020997 | $1,384.66 | $0.00 | $1,384.66 | 01/26/2023 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/18/2023 | 2020997 | $1,384.66 | $0.00 | $1,384.66 | 01/26/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2022 | 2019046 | $1,384.66 | $0.00 | $1,384.66 | 12/09/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/18/2022 | 2018003 | $1,384.66 | $0.00 | $1,384.66 | 10/27/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/13/2022 | 2016948 | $1,363.76 | $0.00 | $1,363.76 | 09/22/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | FLAGSTAR BANK | | 08/17/2022 | 2015699 | $1,363.76 | $0.00 | $1,363.76 | 08/24/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | FLAGSTAR BANK | | 07/13/2022 | 2014653 | $1,363.76 | $0.00 | $1,363.76 | 07/21/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | FLAGSTAR BANK | | 07/13/2022 | 2014653 | $1,363.76 | $0.00 | $1,363.76 | 07/21/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | FLAGSTAR BANK | | 05/17/2022 | 2012634 | $1,363.76 | $0.00 | $1,363.76 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | FLAGSTAR BANK | | 04/12/2022 | 2011572 | $1,363.76 | $0.00 | $1,363.76 | 04/20/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | FLAGSTAR BANK | | 03/16/2022 | 2010558 | $1,363.76 | $0.00 | $1,363.76 | 03/23/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | FLAGSTAR BANK | | 03/16/2022 | 2010558 | $1,363.76 | $0.00 | $1,363.76 | 03/23/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | FLAGSTAR BANK | | 01/19/2022 | 2008583 | $1,363.76 | $0.00 | $1,363.76 | 01/25/2022 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | FLAGSTAR BANK | | 01/19/2022 | 2008583 | $1,363.76 | $0.00 | $1,363.76 | 01/25/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | FLAGSTAR BANK | | 11/16/2021 | 2006550 | $1,363.76 | $0.00 | $1,363.76 | 11/24/2021 |
| | | | | | | | Payment for 10/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | FLAGSTAR BANK | | 11/16/2021 | 2006550 | $1,363.76 | $0.00 | $1,363.76 | 11/24/2021 |
| | | | | DisbDescrp Payment for 11/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 10/14/2021 | 2005504 | $1,364.85 | $0.00 | $1,364.85 | 10/26/2021 |
| | | | | Payment for 8/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 10/14/2021 | 2005504 | $1,364.85 | $0.00 | $1,364.85 | 10/26/2021 |
| | | | | Payment for 9/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 09/14/2021 | 2004486 | $1,364.85 | $0.00 | $1,364.85 | 09/27/2021 |
| | | | | Payment for 6/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 09/14/2021 | 2004486 | $1,364.85 | $0.00 | $1,364.85 | 09/27/2021 |
| | | | | Payment for 7/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 08/18/2021 | 2003445 | $1,364.85 | $0.00 | $1,364.85 | 08/25/2021 |
| | | | | Payment for 5/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 08/18/2021 | 2003445 | $1,364.85 | $0.00 | $1,364.85 | 08/25/2021 |
| | | | | Payment for 4/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 07/14/2021 | 2002408 | $1,364.85 | $0.00 | $1,364.85 | 07/26/2021 |
| | | | | Payment for 3/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 05/18/2021 | 2000416 | $1,364.85 | $0.00 | $1,364.85 | 06/08/2021 |
| | | | | Payment for 2/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 03/17/2021 | 1228021 | $1,364.85 | $0.00 | $1,364.85 | 03/24/2021 |
| | | | | Payment for 12/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 03/17/2021 | 1228021 | $1,364.85 | $0.00 | $1,364.85 | 03/24/2021 |
| | | | | Payment for 1/2021 | | | | |
| 501-0 | FLAGSTAR BANK | | 02/17/2021 | 1227011 | $1,364.85 | $0.00 | $1,364.85 | 02/25/2021 |
| | | | | Payment for 11/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 01/19/2021 | 1225990 | $1,346.93 | $0.00 | $1,346.93 | 01/27/2021 |
| | | | | Payment for 9/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 01/19/2021 | 1225990 | $1,364.85 | $0.00 | $1,364.85 | 01/27/2021 |
| | | | | Payment for 10/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 12/10/2020 | 1224203 | $1,346.93 | $0.00 | $1,346.93 | 12/18/2020 |
| | | | | Payment for 6/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 12/10/2020 | 1224203 | $1,346.93 | $0.00 | $1,346.93 | 12/18/2020 |
| | | | | Payment for 7/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 12/10/2020 | 1224203 | $1,346.93 | $0.00 | $1,346.93 | 12/18/2020 |
| | | | | Payment for 8/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 11/03/2020 | 1223310 | $1,346.93 | $0.00 | $1,346.93 | 11/16/2020 |
| | | | | Payment for 5/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 10/15/2020 | 1222454 | $1,346.93 | $0.00 | $1,346.93 | 11/03/2020 |
| | | | | Payment for 3/2020 | | | | |
| 501-0 | FLAGSTAR BANK | | 10/15/2020 | 1222454 | $1,346.93 | $0.00 | $1,346.93 | 11/03/2020 |
| | | | | Payment for 4/2020 | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | FLAGSTAR BANK | | 09/17/2020 | 1221412 | $1,346.93 | $0.00 | $1,346.93 | 09/25/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | FLAGSTAR BANK | | 08/12/2020 | 1220367 | $1,346.93 | $0.00 | $1,346.93 | 08/26/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | FLAGSTAR BANK | | 07/07/2020 | 1219311 | $1,346.93 | $0.00 | $1,346.93 | 07/28/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | FLAGSTAR BANK | | 06/02/2020 | 1218304 | $1,346.93 | $0.00 | $1,346.93 | 06/18/2020 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | FLAGSTAR BANK | | 05/06/2020 | 1217346 | $1,346.93 | $0.00 | $1,346.93 | 05/28/2020 |
| | | | | | Payment for 10/2019 | | | |
| 501-0 | FLAGSTAR BANK | | 04/14/2020 | 1216226 | $1,346.93 | $0.00 | $1,346.93 | 05/07/2020 |
| | | | | | Payment for 9/2019 | | | |
| | | | | Sub-totals: | $82,348.42 | $0.00 | $82,348.42 | |
| | | | | Grand Total: | $82,348.42 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-02781   **CHRISTOPHER J. CORNETT**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX   75261-9741

Acct No: 30 Arlene Ct - PRE-ARREARS ·
ARREARS - 30 ARLENE COURT

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | |
|---|---|---|
| Amt Sched: $187,556.00 | Debt: $26,073.34 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $26,073.34 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 09/17/2024 | 2040161 | $992.92 | $0.00 | $992.92 | 09/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/07/2024 | 2039150 | $608.96 | $0.00 | $608.96 | 08/16/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/18/2024 | 2037459 | $1,208.37 | $0.00 | $1,208.37 | 06/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/22/2024 | 2036549 | $2,516.15 | $0.00 | $2,516.15 | 06/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035543 | $1,208.37 | $0.00 | $1,208.37 | 04/25/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/14/2024 | 2034579 | $1,208.37 | $0.00 | $1,208.37 | 03/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033617 | $1,108.96 | $0.00 | $1,108.96 | 02/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031792 | $2,416.74 | $0.00 | $2,416.74 | 01/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029887 | $1,276.60 | $0.00 | $1,276.60 | 11/01/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028900 | $2,707.07 | $0.00 | $2,707.07 | 09/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/09/2023 | 2027879 | $1,343.16 | $0.00 | $1,343.16 | 08/17/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/11/2023 | 2026901 | $1,268.87 | $0.00 | $1,268.87 | 07/25/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/16/2023 | 2025040 | $1,236.08 | $0.00 | $1,236.08 | 05/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024023 | $1,236.08 | $0.00 | $1,236.08 | 04/28/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE | | 03/15/2023 | 2023001 | $2,472.16 | $0.00 | $2,472.16 | 03/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020990 | $2,472.16 | $0.00 | $2,472.16 | 01/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019038 | $792.32 | $0.00 | $792.32 | 12/14/2022 |
| | | | | Sub-totals: | $26,073.34 | $0.00 | $26,073.34 | |
| | | | | Grand Total: | $26,073.34 | $0.00 | | |