**Fill in this information to identify the case**

**Debtor 1**  Christopher J. Cornett

**Debtor 2**  Angela M. Cornett
(Spouse, if filing)

United States Bankruptcy Court for the: **MIDDLE** District of **PENNSYLVANIA**
                                                                        **(State)**

Case number  **19-02781**

# Form 4100R
## Response to Notice of Final Cure Payment                                       10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:   Mortgage Information

**Name of creditor:** Lakeview Loan Servicing, LLC      **Court claim no.** (if known):
LLC,
                                                        28
**Last 4 digits** of any number you use to identify the debtor's account:  4931

**Property address:**  30 Arlene Ct
                       Number        Street


                       Hanover  PA  17331
                       City          State       Zip Code

## Part 2:   Prepetition Default Payments

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                          $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐  Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:    ___/___/____
                                                                  MM/DD/YYYY

☒  Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a.  Total postpetition ongoing payments due:                                                       (a) $2,693.86

   b.  Total fees, charges, expenses, escrow, and costs outstanding:                                  (b) $0.00

   c.  Total. Add lines a and b.
                                                                                                      (c) $2,693.86

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became due on:   07/01/2024
                                                                         MM/DD/YYYY

| Debtor 1 | Christopher J. Cornett | | | Case number (if known) 19-02781 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Adam B. Hall                         Date   12/18/2024
     Signature

Print:     Adam B. Hall                      Title   Attorneys for Creditor

Company   MDK Legal

Address   P.O. Box 165028
          Number        Street

          Columbus, OH  43216-5028
          City          State      ZIP Code

Contact phone   614-220-5611              Email   amps@manleydeas.com

24-017236_SKR

Case 1:19-bk-02781-HWV    Doc 102    Filed 12/18/24    Entered 12/18/24 17:43:21    Desc
Main Document    Page 2 of 5

## Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 2 payments at $1,407.19 each less $120.52 suspense funds | July and August 2024 | (15) | $ 2,693.86 |
| 16. | Other. Specify: _____ | | (16) | $ |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (17) | $ 2,693.86 |

24-017236_SKR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 19-02781 |
| Christopher J. Cornett | Chapter 13 |
| Angela M. Cornett | Judge Henry W. Van Eck |
| | * * * * * * * * * * * * * * * * * * * |
| Debtor(s) | |
| Lakeview Loan Servicing, LLC | Related Document # |
| Movant, | |
| vs | |
| Christopher J. Cornett | |
| Angela M. Cornett | |
| Jack N Zaharopoulos | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Stephen Wade Parker, Attorney for Christopher J. Cornett and Angela M. Cornett, wparker@etzweilerwithers.com

Nicholas G. Platt, Attorney for Christopher J. Cornett and Angela M. Cornett, ngp@mooney4law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Christopher J. Cornett and Angela M. Cornett, 30 Arlene Court, Hanover, PA 17331

/s/ Adam B. Hall

24-017236_SKR

# Notice of Final cure
## Post-Petition Ledger

| Filed By: | Christopher J Cornett<br>Angela M Cornett | **Payment Changes** | | |
|---|---|---|---|---|
| Case Number: | 19-02781 | From Date | To Date | Total Amount |
| Filing Date: | 06/27/19 | 7/1/2019 | 9/1/2020 | $ 1,346.93 |
| Loan No: | | 10/1/2020 | 9/1/2021 | $ 1,364.85 |
| Payments in POC: | | 10/1/2021 | 9/1/2022 | $ 1,363.76 |
| Months in POC: | | 10/1/2022 | 9/1/2023 | $ 1,384.66 |
| First Post Due Date: | 07/01/19 | 10/1/2023 | 9/1/2024 | $ 1,407.19 |
| Plan | Trustee | 10/1/2024 | | $ 1,429.57 |
| PPFN | none | | | |
| Gap Payment | none | | | |
| Claim No | 28 | | | |

Date Prepared:

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Payment Applied (P&I) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/2020 | $ 1,346.93 | 7/1/2019 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 5/27/2020 | $ 1,346.93 | 8/1/2019 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 6/17/2020 | $ 1,346.93 | 9/1/2019 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 7/27/2020 | $ 1,346.93 | 10/1/2019 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 8/25/2020 | $ 1,346.93 | 11/1/2019 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 9/24/2020 | $ 1,346.93 | 12/1/2019 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 11/2/2020 | $ 1,346.93 | 1/1/2020 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 11/2/2020 | $ 1,346.93 | 2/1/2020 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 11/13/2020 | $ 1,346.93 | 3/1/2020 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 12/17/2020 | $ 1,346.93 | 4/1/2020 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 12/17/2020 | $ 1,346.93 | 5/1/2020 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 12/17/2020 | $ 1,346.93 | 6/1/2020 | $ 1,346.93 | $ - | $ 814.38 | $ 532.55 | | $ 0.00 | $ 0.00 |
| 1/26/2021 | $ 1,364.85 | 7/1/2020 | $ 1,346.93 | $ 17.92 | $ 814.38 | $ 532.55 | | $ 17.92 | $ 17.92 |
| 1/26/2021 | $ 1,346.93 | 8/1/2020 | $ 1,346.93 | $ 17.92 | $ 814.38 | $ 532.55 | | $ 0.00 | $ 17.92 |
| 2/24/2021 | $ 1,364.85 | 9/1/2020 | $ 1,346.93 | $ 35.84 | $ 814.38 | $ 532.55 | | $ 17.92 | $ 35.84 |
| 3/23/2021 | $ 1,364.85 | 10/1/2020 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 3/23/2021 | $ 1,364.85 | 11/1/2020 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 6/7/2021 | $ 1,364.85 | 12/1/2020 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 7/23/2021 | $ 1,364.85 | 1/1/2021 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 8/24/2021 | $ 1,364.85 | 2/1/2021 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 8/24/2021 | $ 1,364.85 | 3/1/2021 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 9/24/2021 | $ 1,364.85 | 4/1/2021 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 9/24/2021 | $ 1,364.85 | 5/1/2021 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 10/25/2021 | $ 1,364.85 | 6/1/2021 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 10/25/2021 | $ 1,364.85 | 7/1/2021 | $ 1,364.85 | $ 35.84 | $ 814.38 | $ 550.47 | | $ (0.00) | $ 35.84 |
| 11/23/2021 | $ 1,363.76 | 8/1/2021 | $ 1,364.85 | $ 34.75 | $ 814.38 | $ 550.47 | | $ (1.09) | $ 34.75 |
| 11/23/2021 | $ 1,363.76 | 9/1/2021 | $ 1,364.85 | $ 33.66 | $ 814.38 | $ 550.47 | | $ (1.09) | $ 33.66 |
| 1/24/2022 | $ 1,363.76 | 10/1/2021 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 1/24/2022 | $ 1,363.76 | 11/1/2021 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 3/22/2022 | $ 1,363.76 | 12/1/2021 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 3/22/2022 | $ 1,363.76 | 1/1/2022 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 4/19/2022 | $ 1,363.76 | 2/1/2022 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 5/24/2022 | $ 1,363.76 | 3/1/2022 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 7/22/2022 | $ 1,363.76 | 4/1/2022 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 7/22/2022 | $ 1,363.76 | 5/1/2022 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 8/25/2022 | $ 1,363.76 | 6/1/2022 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 9/20/2022 | $ 1,363.76 | 7/1/2022 | $ 1,363.76 | $ 33.66 | $ 814.38 | $ 549.38 | | $ - | $ 33.66 |
| 10/25/2022 | $ 1,384.66 | 8/1/2022 | $ 1,363.76 | $ 54.56 | $ 814.38 | $ 549.38 | | $ 20.90 | $ 54.56 |
| 12/7/2022 | $ 1,384.66 | 9/1/2022 | $ 1,363.76 | $ 75.46 | $ 814.38 | $ 549.38 | | $ 20.90 | $ 75.46 |
| 1/24/2023 | $ 1,384.66 | 10/1/2022 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 1/24/2023 | $ 1,384.66 | 11/1/2022 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 3/22/2023 | $ 1,384.66 | 12/1/2022 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 3/22/2023 | $ 1,384.66 | 1/1/2023 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 4/25/2023 | $ 1,384.66 | 2/1/2023 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 5/23/2023 | $ 1,384.66 | 3/1/2023 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 7/18/2023 | $ 1,384.66 | 4/1/2023 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 7/18/2023 | $ 1,384.66 | 5/1/2023 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 8/15/2023 | $ 1,384.66 | 6/1/2023 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 9/27/2023 | $ 1,384.66 | 7/1/2023 | $ 1,384.66 | $ 75.46 | $ 814.38 | $ 570.28 | | $ 0.00 | $ 75.46 |
| 10/24/2023 | $ 1,407.19 | 8/1/2023 | $ 1,384.66 | $ 97.99 | $ 814.38 | $ 570.28 | | $ 22.53 | $ 97.99 |
| 12/29/2023 | $ 1,407.19 | 9/1/2023 | $ 1,384.66 | $ 120.52 | $ 814.38 | $ 570.28 | | $ 22.53 | $ 120.52 |
| 12/29/2023 | $ 1,407.19 | 10/1/2023 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| 2/21/2024 | $ 1,407.19 | 11/1/2023 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| 2/21/2024 | $ 1,407.19 | 12/1/2023 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| 3/19/2024 | $ 1,407.19 | 1/1/2024 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| 4/23/2024 | $ 1,407.19 | 2/1/2024 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| 5/29/2024 | $ 1,407.19 | 3/1/2024 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| 6/25/2024 | $ 1,407.19 | 4/1/2024 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| 8/13/2024 | $ 1,407.19 | 5/1/2024 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| 8/13/2024 | $ 1,407.19 | 6/1/2024 | $ 1,407.19 | $ 120.52 | $ 814.38 | $ 592.81 | | $ 0.00 | $ 120.52 |
| | | | | $ 120.52 | $ 814.38 | $ 592.81 | | $ (1,407.19) | $ (1,286.67) |
| Debtor pay directly | | | | $ 120.52 | $ 814.38 | $ 592.81 | | $ (1,407.19) | $ (2,693.86) |
| 9/3/2024 | $ 1,410.00 | 7/1/2024 | $ 1,407.19 | $ 123.33 | | | | $ 1,410.00 | $ (1,283.86) |
| 9/23/2024 | $ 1,408.00 | 8/1/2024 | $ 1,407.19 | $ 124.14 | $ 814.38 | $ 592.81 | | $ 0.81 | $ (1,283.05) |
| 10/10/2024 | $ 710.00 | | | $ 834.14 | | | | $ 710.00 | $ (573.05) |
| 10/23/2024 | $ 708.00 | 9/1/2024 | $ 1,407.19 | $ 134.95 | $ 814.38 | $ 615.19 | | $ (721.57) | $ (1,294.62) |
| 11/8/2024 | $ 710.00 | | | $ 844.95 | | | | $ 710.00 | $ (584.62) |
| 11/25/2024 | $ 700.00 | 10/1/2024 | $ 1,429.57 | $ 115.38 | | | | $ 700.00 | $ 115.38 |
| 12/9/2024 | $ 710.00 | | | $ 825.38 | | | | $ 710.00 | $ 825.38 |
| | | | | $ 825.38 | | | | $ - | $ 825.38 |
| Payment due | | 11/1/2024 | $ 1,429.57 | $ (604.19) | | | | $ - | $ 825.38 |
| | | 12/1/2024 | $ 1,429.57 | $ (2,033.76) | | | | $ - | $ 825.38 |
| | | | | $ (2,033.76) | | | | $ - | $ 825.38 |
| | | | | $ (2,033.76) | | | | $ - | $ 825.38 |
| | | | | $ (2,033.76) | | | | $ - | $ 825.38 |
| | | | | $ (2,033.76) | | | | $ - | $ 825.38 |