United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Christopher J. Cornett<br>Angela M. Cornett<br>    Debtors | Case No. 19-02781-HWV<br>Chapter 13 |

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 01, 2025     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher J. Cornett, Angela M. Cornett, 30 Arlene Court, Hanover, PA 17331-9360 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

**Name**     **Email Address**

Adam Bradley Hall
    on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com

Andrew L Spivack
    on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Nicholas G. Platt
    on behalf of Debtor 2 Angela M. Cornett ngp@mooney4law.com plattnr61895@notify.bestcase.com

Nicholas G. Platt
    on behalf of Debtor 1 Christopher J. Cornett ngp@mooney4law.com plattnr61895@notify.bestcase.com

Regina Cohen
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

Stephen Franks
    on behalf of Creditor Lakeview Loan Servicing LLC amps@manleydeas.com

Stephen Wade Parker
    on behalf of Debtor 1 Christopher J. Cornett wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

Stephen Wade Parker
    on behalf of Debtor 2 Angela M. Cornett wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

Thomas Song
    on behalf of Creditor Lakeview loan Servicing LLC. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christopher J. Cornett, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:19−bk−02781−HWV |
| Angela M. Cornett, | |
| **Debtor 2** | |

Social Security No.:

xxx−xx−4561    xxx−xx−4943

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 1, 2025

**fnldec** (01/22)